UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BBC CHARTERING & LOGISTIC GmbH & Co.
K.G.

      Plaintiff,        08-CV-00200

    -against-

USIMINAS MECANICA S/A,       **Rule 7.1 Statement**
PERINI O&G, PERINI CORP.,
O&G INDUSTRIES INC., and
UNIBANCO AIG SEGUROS S/A

      Defendants.
----------------------------------------------------------------x

   Pursuant to Federal rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate the possible disqualification or recusal, the undersigned counsel for the plaintiff BBC CHARTERING & LOGISTIC GmbH & Co. K.G. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that own 10% or more of its stock, which are publically held.

Date: January 14, 2008
   New York, New York

                _____
                Lili F. Beneda (LB 1879)
                CONDON & FORSYTH LLP
                7 Times Square, 18th Floor
                New York, New York 10036
                Telephone: (212) 894-6770
                Facsimile: (212) 894-6721

                *Counsel for BBC Chartering & Logistic*
                *GmbH & Co. K.G.*