UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BBC CHARTERING & LOGISTIC GmbH & Co.
K.G.

                       Plaintiff,                              08-CV-00200 (WHP)

                 -against-

USIMINAS MECANICA S/A,
PERINI O&G, PERINI CORP.,                           **NOTICE OF**
O&G INDUSTRIES INC., and                            **CHANGE OF ADDRESS**
UNIBANCO AIG SEGUROS S/A

                     Defendants.
------------------------------------------------------------x

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for Lili Fay Beneda.

> *Attorney*
>
> I am a U.S.D.C., Southern District of New York attorney. My Bar Number is 1879.
>
> *Law Firm/Government Agency Association*
>
> From:  <u>DeOrchis Wiener & Partners, 61 Broadway, New York, New York 10006</u>
>
> To:     <u>Condon & Forsyth LLP</u>
>
> I will continue to be counsel of record on the above-entitled case at my new firm/agency.
>
> *Address:*                   <u>7 Times Square Tower, New York, New York 10036</u>
>
> *Telephone Number:*   <u>212-894-6778</u>
>
> *Fax Number:*          <u>212-370-4453</u>
>
> *E-Mail Address:*      <u>lbeneda@condonlaw.com</u>

Date: January 29, 2008
      New York, New York

                                                                 _____
                                                                  Lili F. Beneda (LB 1879)