UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
BBC CHARTERING AND LOGISTIC       :
GmbH & COMPANY KG,                :
                                  :
            Plaintiff,            :
                                  :  08 CIV 200 (WHP)
      -against-                   :
                                  :
USIMINAS MECANICA S/A, et al.,    :
                                  :
            Defendants.           :
- - - - - - - - - - - - - - - - - -X

### STIPULATION OF EXTENSION

      The undersigned hereby Stipulates and Agrees that the time within which Defendants, Perini Corporation, Perini O&G, and O&G Industries, Inc. may Answer or otherwise respond to the Complaint is hereby extended until February 20, 2008.

Dated: January 31, 2008

                                CONDON & FORSYTH LLP
                                Attorneys for Plaintiff

By: _____
                                Lily Fay Beneda, Esq.
                                7 Time Square, 18th Floor
                                New York, New York 10036


                                FLICKER, GARELICK & ASSOCIATES, LLP
                                Attorneys for Defendants

By: _____
                                Keith L. Flicker, Esq.
                                45 Broadway
                                New York, New York 10006