**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BBC CHARTERING & LOGISTIC GmbH & Co.:
K.G.

                       Plaintiff,        :        08-CV-00200 (WHP) (AJP)

              -against-       :  **MOTION TO ADMIT COUNSEL**
                              :  **PRO HAC VICE**
USIMINAS MECANICA S/A,
PERINI O&G, PERINI CORP.,
O&G INDUSTRIES INC., and
UNIBANCO AIG SEGUROS S/A

                   Defendants.   :
-------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern District of New York, I, LILI F. BENEDA, a member in good standing

of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Michael J. Nicaud |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

Michael J. Nicaud is a member in good standing of the Supreme Court of Louisiana. There are

no pending disciplinary proceedings against Michael J. Nicaud in any State or

Federal Court.

Dated: February 6, 2008
         New York, New York

                              Respectfully submitted,

                              CONDON & FORSYTH LLP


                              By: _____
                                   Lili F. Beneda (LB 1879)
                                   7 Times Square, 18th Floor
                                   New York, New York 10036
                                   Telephone:  (212) 894-6778
                                   Facsimile:  (212) 597-6721


                              Attorneys for Plaintiff
                              BBC Chartering & Logistic GmbH & Co. K.G.



To:    Jason P. Waguespack, Esq.
       Michael J. Nicaud, Esq.
       One Shell Square
       701 Poydras Street, 40th Floor
       New Orleans, Louisiana  70139
       Attorneys for Plaintiff
       BBC Chartering & Logistic GmbH & Co. K.G.


       Keith Lee Flicker, Esq.
       Flicker, Garelick & Associates, LLP
       45 Broadway
       New York, New York  10006
       Attorneys for Defendants
       Perini Corporation, Perini O&G, and
       O&G Industries, Inc.


       Usiminas Mecanica S/A
       Rua Hum, 2000-Bairro Usiminas
       CEP 35160-900-1 Patinga-MG-Brazil


       Unibanco AIG Seguros S/A
       Av Eusebio Matoso 1375
       2 Ao 8 Andares E 10 Anda R
       Pinheiros, São Paulo, Brazil


                                    2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BBC CHARTERING & LOGISTIC GmbH & Co.:
K.G.
                                                  :
                        Plaintiff,                :        08-CV-00200 (WHP) (AJP)
                                                  :
                -against-                         :        **AFFIDAVIT OF LILI F. BENEDA**
                                                  :        **IN SUPPORT OF MOTION TO**
USIMINAS MECANICA S/A,                            :        **ADMIT COUNSEL PRO HAC VICE**
PERINI O&G, PERINI CORP.,                         :
O&G INDUSTRIES INC., and                          :
UNIBANCO AIG SEGUROS S/A                          :
                                                  :
                        Defendants.               :
-----------------------------------------------------------x

State of New York              §
                               §
County of New York             §

LILI F. BENEDA, being duly sworn, deposes and says as follows:

1.      I am an associate with Condon & Forsyth LLP, counsel for Plaintiff BBC
        Chartering & Logistic GmbH & Co. K.G. ("BBC") in the above captioned
        action.  I am familiar with the proceedings in this case.  I make this statement
        based on my personal knowledge of the facts set forth herein and in support of
        Plaintiff BBC's motion to admit Michael J. Nicaud as counsel *pro hac vice* to
        represent Plaintiff BBC in this matter.

2.      I am a member in good standing of the bar of the State of New York and was
        admitted to practice law in 2005.  I am also admitted to the bar of the United
        States District of New York, and am in good standing with this Court.

3.      I have known Michael J. Nicaud since approximately 2001.

4.      Mr. Nicaud is an associate at Galloway, Johnson, Tompkins, Burr & Smith.

5.      I have found Mr. Nicaud to be a skilled attorney and a person of integrity.  He
        is experienced in federal practice and is familiar with the Federal Rules of
        Civil Procedure.

6.      Attached hereto as Exhibit A is a Certificate from the Louisiana Supreme
        Court which has been issued within thirty days of this motion, and which
        states that Michael J. Nicaud is a member in good standing of the Louisiana
        State Bar.

7.      Accordingly, I am pleased to move the admission of Michael J. Nicaud, *pro hac vice*.

8.      I respectfully submit a proposed order granting the admission of Michael J. Nicaud, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Michael J. Nicaud, *proc hac vice*, to represent BBC in the above captioned matter, be granted.

<br>

Lili F. Beneda

Subscribed and sworn to before me
this 1st day of February, 2008.

Notary Public

BEATRIZ ROMERO
Notary Public, State of New York
No. 01RO6176808
Qualified in Orange County
Commission Expires November 5, 20 11

2

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of

Louisiana, do hereby certify that

### MICHAEL J. NICAUD, JR., ESQ., #29365

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 15th Day of October, 2004 A.D.; and

is currently in good standing, and sufficiently qualified to perform the duties of an attorney

and counselor at law.

IN WITNESS WHEREOF, I hereunto sign

my name and affix the seal of this Court,

at the City of New Orleans, this the 30th

Day of January, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

BBC CHARTERING & LOGISTIC GmbH & Co.: K.G.

                            Plaintiff,

                    -against-

USIMINAS MECANICA S/A,
PERINI O&G, PERINI CORP.,
O&G INDUSTRIES INC., and
UNIBANCO AIG SEGUROS S/A

                      Defendants.

-------------------------------------------------------------- x

                           08-CV-00200 (WHP) (AJP)

                           **ORDER FOR ADMISSION
PRO HAC VICE ON WRITTEN
MOTION**

Upon the motion of LILI F. BENEDA, attorney for Plaintiff BBC Chartering & Logistic

GmbH & Co. K.G. ("BBC"), and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael J. Nicaud |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

is admitted to practice *pro hac vice* as counsel for Plaintiff BBC in the above captioned case in

the United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the *pro hac vice* fee to the Clerk of the Court.

Dated:    February ___, 2008
          New York, New York

 

_____
Hon. William H. Pauley, III
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BBC CHARTERING & LOGISTIC GmbH & Co.:
K.G.
                                                          :
                          Plaintiff,          :          08-CV-00200 (WHP)(AJP)
                                                          :
                -against-                     :          **MOTION TO ADMIT COUNSEL**
                                                          :          **PRO HAC VICE**
USIMINAS MECANICA S/A,                        :
PERINI O&G, PERINI CORP.,                     :
O&G INDUSTRIES INC., and                      :
UNIBANCO AIG SEGUROS S/A                       :
                                                          :
                          Defendants.         :
------------------------------------------------------------x


        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern District of New York, I, LILI F. BENEDA, a member in good standing

of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:


            Applicant's Name:    Jason Waguespack
            Firm Name:           Galloway, Johnson, Tompkins, Burr & Smith
            Address:             One Shell Square, 701 Poydras Street, 40th Floor
            City/State/Zip:      New Orleans, Louisiana 70139
            Phone Number:        (504) 525-6802
            Fax Number:          (504) 525-2456


Jason Waguespack is a member in good standing of the Supreme Court of Louisiana. There are

no   pending   disciplinary   proceedings   against   Jason   Waguespack   in   any   State   or

Federal Court.

Dated: February 6, 2008
         New York, New York

                                  Respectfully submitted,

                                  CONDON & FORSYTH LLP

                                  By
                                  Lili F. Beneda (LB 1879)
                                  7 Times Square, 18th Floor
                                  New York, New York 10036
                                  Telephone:  (212) 894-6778
                                  Facsimile:  (212) 597-6721

                                  Attorneys for Plaintiff
                                  BBC Chartering & Logistic GmbH & Co. K.G.

To:     Jason P. Waguespack, Esq.
        Michael J. Nicaud, Esq.
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, Louisiana  70139
        Attorneys for Plaintiff
        BBC Chartering & Logistic GmbH & Co. K.G.

        Keith Lee Flicker, Esq.
        Flicker, Garelick & Associates, LLP
        45 Broadway
        New York, New York  10006
        Attorneys for Defendants
        Perini Corporation, Perini O&G, and
        O&G Industries, Inc.

        Usiminas Mecanica S/A
        Rua Hum, 2000-Bairro Usiminas
        CEP 35160-900-1 Patinga-MG-Brazil

        Unibanco AIG Seguros S/A
        Av Eusebio Matoso 1375
        2 Ao 8 Andares E 10 Anda R
        Pinheiros, São Paulo, Brazil

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BBC CHARTERING & LOGISTIC GmbH & Co.:
K.G.
                      :
                      :
            Plaintiff,     :     08-CV-00200 (WHP) (AJP)
                      :
        -against-     :    **AFFIDAVIT OF LILI F. BENEDA**
                      :    **IN SUPPORT OF MOTION TO**
USIMINAS MECANICA S/A,    :    **ADMIT COUNSEL PRO HAC VICE**
PERINI O&G, PERINI CORP.,    :
O&G INDUSTRIES INC., and    :
UNIBANCO AIG SEGUROS S/A    :
                      :
           Defendants.   :
------------------------------------------------------------x

State of New York       §
                      §
County of New York     §

LILI F. BENEDA, being duly sworn, deposes and says as follows:

1. I am an associate with Condon & Forsyth LLP, counsel for Plaintiff BBC Chartering & Logistic GmbH & Co. K.G. ("BBC") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff BBC's motion to admit Jason Waguespack as counsel *pro hac vice* to represent Plaintiff BBC in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 2005. I am also admitted to the bar of the United States District of New York, and am in good standing with this Court.

3. I have known Jason Waguespack since approximately 2001.

4. Mr. Waguespack is an associate at Galloway, Johnson, Tompkins, Burr & Smith.

5. I have found Mr. Waguespack to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Attached hereto as Exhibit A is a Certificate from the Louisiana Supreme Court which has been issued within thirty days of this motion, and which states that Jason Waguespack is a member in good standing of the Louisiana State Bar.

6.    Accordingly, I am pleased to move the admission of Jason Waguespack, *pro hac vice.*

7.    I respectfully submit a proposed order granting the admission of Jason Waguespack, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Jason Waguespack, *proc hac vice*, to represent BBC in the above captioned matter, be granted.

_____
Lili F. Beneda

Subscribed and sworn to before me
this 1st day of February, 2008.

_____
Notary Public

**BEATRIZ ROMERO**
**Notary Public, State of New York**
**No. 01RO6176808**
**Qualified in Orange County**
**Commission Expires November 5, 20 11**

2

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of

Louisiana, do hereby certify that

### *JASON PAUL WAGUESPACK, ESQ., #21123*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 11th Day of October, 1991 A.D.; and

is currently in good standing, and sufficiently qualified to perform the duties of an attorney

and counselor at law.

IN WITNESS WHEREOF, I hereunto sign

my name and affix the seal of this Court,

at the City of New Orleans, this the 30th

Day of January, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

BBC CHARTERING & LOGISTIC GmbH & Co.:
K.G.
                               :

                Plaintiff,         :

              :             08-CV-00200 (WHP)(AJP)

        -against-         :

USIMINAS MECANICA S/A,      :    **ORDER FOR ADMISSION**
PERINI O&G, PERINI CORP.,    :    **PRO HAC VICE ON WRITTEN**
O&G INDUSTRIES INC., and     :    **MOTION**
UNIBANCO AIG SEGUROS S/A    :

            Defendants.    :

-------------------------------------------------------------x

Upon the motion of LILI F. BENEDA, attorney for Plaintiff BBC Chartering & Logistic

GmbH & Co. K.G. ("BBC"), and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jason Waguespack |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

is admitted to practice *pro hac vice* as counsel for Plaintiff BBC in the above captioned case in

the United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the *pro hac vice* fee to the Clerk of the Court.

Dated:   February __, 2008
             New York, New York


                                            _____
                                            Hon. William H. Pauley, III
                                            United States District Judge

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                                          ) ss:
COUNTY OF NEW YORK   )

      JANE ZHEN, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York. That on the 6th day of February, 2008 deponent served the within **MOTION TO ADMIT COUNSEL PRO HAC VICE FOR JASON WAGUESPACK, AFFIDAVIT FROM LILI F. BENEDA IN SUPPORT OF THE MOTION FOR ADMISSION PRO HAC VICE FOR JASON WAGUESPACK WITH SUPPORTING CERTIFICATE OF GOOD STANDING FROM THE LOUISIANA SUPREME COURT, MOTION TO ADMIT PRO HAC VICE FOR MICHAEL J. NICAUD, AND AFFIDAVIT FROM LILI F. BENEDA IN SUPPORT OF THE MOTION FOR ADMISSION PRO HAC VICE FOR MICHAEL J. NICAUD WITH SUPPORTING CERTIFICATE OF GOOD STANDING FROM THE LOUISIANA SUPREME COURT** upon:

| | |
|---|---|
| Jason Waguespack, Esq.<br>Michael J. Nicaud, Esq.<br>Galloway, Johnson, Tompkins, Burr<br>& Smith<br>One Shell Square<br>701 Poydras Street, 40th Floor<br>New Orleans, Louisiana 70139 | Keith Lee Flicker, Esq.<br>Flicker, Garelick & Associates, LLP<br>45 Broadway<br>New York, New York 10036<br><br>Usiminas Mecanica S/A<br>Rua Hum, 2000-Bairro Usiminas<br>CEP 35160-900-1 Patinga-MG-Brazil |
| Attorneys for Plaintiff | Unibanco AIG Seguros S/A<br>Av Eusabio Matoso 1375<br>2 Ao Andaras E 10 Anda R<br>Pinheros, São Paolo, Brazil<br><br>Attorneys for Defendants |

at the addresses designated by said attorneys for that purpose by depositing same

enclosed in a postpaid properly addressed wrapper, in an official depository under the

exclusive care and custody of the United States Post Office Department within the State

of New York.

_____
JANE ZHEN

Sworn to before me this
6th day of February, 2008

_____
Notary Public

BEATRIZ ROMERO
Notary Public, State of New York
No. 01RO6176808
Qualified in Orange County
Commission Expires November 5, 20 __11__