USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BBC CHARTERING & LOGISTIC GmbH & Co.
K.G.

                    Plaintiff,

                    -against-

USIMINAS MECANICA S/A,
PERINI O&G, PERINI CORP.,
O&G INDUSTRIES INC., and
UNIBANCO AIG SEGUROS S/A

                    Defendants.
------------------------------------------------------------x

08-CV-00200 (WHP) (AJP)

**ORDER FOR ADMISSION
PRO HAC VICE ON WRITTEN
MOTION**

Upon the motion of LILI F. BENEDA, attorney for Plaintiff BBC Chartering & Logistic GmbH & Co. K.G. ("BBC"), and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael J. Nicaud |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

is admitted to practice *pro hac vice* as counsel for Plaintiff BBC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the *pro hac vice* fee to the Clerk of the Court.

Dated:  February 11, 2008
        New York, New York

                                                    _____
                                                    Hon. William H. Pauley, III
                                                    United States District Judge