```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
                                 :
BBC CHARTERING &                 :
LOGISTIC GmbH & CO. K.G.,        :
                                 :
            Plaintiff,           :
                                 : Docket No. 08 CIV 200 (WHP)
      -against-                  :
                                 : Civil Action
USIMINAS MECANICA S/A,           :
PERINI O&G, PERINI CORP.,        :
O&G INDUSTRIES INC., and         : **STATEMENT PURSUANT TO**
UNIBANCO AIG SEGUROS S/A,        : **LOCAL RULE 7.1**
                                 :
            Defendants.          :
                                 :
- - - - - - - - - - - - - - - - X
```

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants Perini O&G, Perini Corp., and O&G Industries, Inc., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that owns 10% or more of its stock, which are publicly held.

Dated: New York, New York
       February 20, 2008

                                    FLICKER, GARELICK & ASSOCIATES
                                    Attorneys for Defendants
                                    Perini O&G, Perini Corp., and
                                    O&G Industries, Inc.


                              By:   _____
                                    Keith L. Flicker (KLF 6447)
                                    45 Broadway
                                    New York, New York 10006
                                    (212) 319-5240