**HILL**
**RIVKINS**

HILL RIVKINS & HAYDEN
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699         e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

March 31, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

**MEMO ENDORSED**

**BY HAND**
The Honorable William H. Pauley III
United States District Judge
United States District Court
United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

Re:   **BBC Chartering and Logistic**
      **GmbH & Company KG v.**
      **Usiminas Mecanica S/A, et al.**
      **08 Civ. 200 (WHP)**
      **Our File No: 29778-KBD/KCL**

Dear Judge Pauley:

We represent defendants, Usiminas Mecanica S/A and Unibanco AIG Seguros S/A. To date our clients have not been served with the summons and complaint in the above-captioned matter. Instead, they have been given a copy of a Notice of Lawsuit and Request for Waiver of Service for Summons by Mail.

Pursuant to your Individual Practices we respectfully request the court schedule a pre-motion conference preparatory to moving to dismiss the case for lack of personal jurisdiction, *lis alibi pendens* and *forum non conveniens*. We are presently investigating this matter and may include other bases upon which to move to dismiss.

In seeking a pre-motion conference we wish to note that, to the extent possible under the Federal Rules of Civil Procedure, we are making a special appearance to dispute personal jurisdiction and are not making a general appearance.

We thank the Court for its attention to this matter.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

Keith B. Dalen

/cb
005-court

*[Handwritten endorsement:]* Application granted. The conference shall be held during the initial pretrial conference on April 18, 2008 at 10:45 a.m.
SO ORDERED:
William H. Pauley III U.S.D.J.
4/8/08

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300 Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515 Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274 Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 535-0263 Fax: (916) 535-0268
e-mail: thefirm@brnlaw.com

March 31, 2008
Page Two


cc:    Condon & Forsyth LLP
       Attn:   Lili F. Beneda, Esq.
       Via Telecopier: 212-370-4482

       Flicker, Garelick & Associates
       Attn:   Keith L. Flicker, Esq.
       Via Telecopier: 212-888-5271

       Galloway, Johnson, Tompkins, Burr & Smith
       Attn:   Jason P. Waguespack, Esq./
              Michael J. Nicaud, Esq.
       Via Telecopier: 504-525-2456


Hill Rivkins