USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/08

# FLICKER, GARELICK & ASSOCIATES, LLP
ATTORNEYS AT LAW
45 BROADWAY
NEW YORK, NEW YORK 10006

(212) 319-5240
FACSIMILE (212) 888-5271
office@flickergarelick.com
www.flickergarelick.com

**MEMO ENDORSED**

KEITH L. FLICKER*
RICHARD L. GARELICK*
KENNETH M. SIMON*
ROBERT N. DENGLER*
BRENDAN E. McKEON†
ERIC H. KIM△

OF COUNSEL
CHARLES H. McAULIFFE‡

*ADMITTED IN N.Y. AND N.J.
*ADMITTED IN N.Y., N.J. AND CT.
†ADMITTED IN N.Y., N.J. AND D.C.
△ADMITTED IN N.J.

April 10, 2008

NEW JERSEY OFFICE:
PARK 80 WEST
PLAZA II, SUITE 200
PMB 2008
SADDLE BROOK, NEW JERSEY 07663
(201) 291-2877

ANA M. GONZALEZ
PARALEGAL

<u>VIA CERTIFIED MAIL</u>

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007



RECEIVED APR 14 2008 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.

BBC Chartering & Logistic GmbH v.
Usiminas Mecanica S/A, et al.
<u>Docket No.: 08-CV-00200(WHP)</u>
Our File: 392-2

Application granted.
SO ORDERED:

[signature]
WILLIAM H. PAULEY III U.S.D.J.
4/16/08

Dear Judge Pauley:

This firm represents Defendants Perini O&G, Perini Corporation and O&G Industries, Inc. (collectively "Perini") in the above-referenced matter.

In accord with this Court's motion practices, Perini respectfully requests a pre-motion conference in contemplation of its motion for summary judgment, which Perini intends to file promptly following the initial pre-trial conference.

In light of the Court's Order on Usiminas Mecanica S/A and Unibanco AIG Seguros S/A's request, <u>Perini hereby respectfully requests that its pre-motion conference also be allowed to be held during the initial pre-trial conference</u>.

**FLICKER, GARELICK & ASSOCIATES, LLP**

Honorable William H. Pauley III
April 10, 2008
Page 2

                Respectfully submitted,

                FLICKER, GARELICK & ASSOCIATES, LLP

       By:  Keith L. Flicker

cc:  VIA FACSIMILE: 212-370-4483
     Lili F. Beneda, Esq
     Condon & Forsyth LLP
     7 Time Square, 18th Floor
     New York, New York 10036

     VIA FACSIMILE: 504-525-2456
     Jason P. Waquespack, Esq.
     Michael J. Nicaud, Esq.
     Galloway, Johnson, Tompkins, Burr & Smith
     One Shell Square, 40th Floor
     701 Poydras Street
     New Orleans, Louisiana 70139

     VIA FACSIMILE: 212-669-0698
     Keith B. Dalen, Esq.
     Hill, Rivkins & Hayden LLP
     45 Broadway, Suite 1500
     New York, New York 10006