```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
BBC CHARTERING AND LOGISTIC
GmbH & COMPANY KG,                  :

                Plaintiff,       :       08 Civ. 200 (WHP)

    -against-                      :       SCHEDULING ORDER

USIMINAS MECANICA S/A, et al.,      :

                Defendants.      :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared before this Court for a pre-motion conference on April 18, 2008, the following schedule is established on consent of the parties:

1. Defendants shall serve their respective motions by May 16, 2008;

2. Plaintiff shall complete jurisdictional discovery by June 27, 2008;

3. Defendants shall file their motions by June 27, 2008;

4. Plaintiff shall serve and file its opposition to the motions by July 18, 2008;

5. Defendants shall serve and file any replies by August 1, 2008; and

6. Oral Argument on the motions shall be held on August 22, 2008 at 10:30 a.m.

Dated: April 18, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Lily Fay Beneda, Esq.
Condon & Forsyth LLP
7 Times Square, 18th Floor
New York, NY 10036
*Counsel for Plaintiff*

Michael J. Nicaud, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street
40th Floor, Suite 4040
New Orleans, LA 70139
*Counsel for Plaintiff*

Keith B. Dalen, Esq.
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, NY 10006-3739
*Counsel for Defendants Usiminas Mecanica S/A and Unibanco AIG Seguros S/A*

Keith Lee Flicker, Esq.
Flicker, Garelick & Associates, LLP
45 Broadway
New York, NY 10006
*Counsel for Defendant Perini O&G*