**FLICKER, GARELICK & ASSOCIATES, LLP**
ATTORNEYS AT LAW
45 BROADWAY
NEW YORK, NEW YORK 10006

(212) 319-5240
FACSIMILE (212) 888-5271
office@flickergarelick.com
www.flickergarelick.com

KEITH L. FLICKER*
RICHARD L. GARELICK*
KENNETH M. SIMON*
ROBERT N. DENGLER*
BRENDAN E. McKEON†
ERIC H. KIM△

OF COUNSEL
CHARLES H. McAULIFFE‡

*ADMITTED IN N.Y. AND N.J.
†ADMITTED IN N.Y., N.J. AND CT.
‡ADMITTED IN N.Y., N.J. AND D.C.
△ADMITTED IN N.J.



May 15, 2008

NEW JERSEY OFFICE:
PARK 80 WEST
PLAZA II, SUITE 200
PMB 2008
SADDLE BROOK, NEW JERSEY 07663
(201) 291-2877

ANA M. GONZALEZ
PARALEGAL

VIA ECF and
CERTIFIED MAIL - RRR

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

    BBC Chartering & Logistic GmbH v.
    Usiminas Mecanica S/A, et al.
    Docket No.: 08-CV-00200(WHP)
    Our File: 392-2

Dear Judge Pauley:

    This firm represents Defendants Perini O&G, Perini Corporation and O&G Industries, Inc. (collectively "Perini") in the above-referenced matter. In that regard, I write to respectfully request an amendment to Your Honor's Scheduling Order of April 18, 2008.

    The counsels for all parties have consented to a two-week extension to the time to serve the parties' motions, to March 30, 2008. In so far as the extension reduces the Plaintiff BBC Chartering's time to conduct jurisdictional discovery, <u>the parties agree and request that Your Honor amend the Scheduling Order to reflect a two-week extension on all respective deadlines.</u>

**FLICKER, GARELICK & ASSOCIATES, LLP**

Honorable William H. Pauley III
May 15, 2008
Page 2

   Thank your for your courtesies.

        Respectfully submitted,

        FLICKER, GARELICK & ASSOCIATES, LLP

        *[signature]*

      By: Keith L. Flicker

cc: VIA FACSIMILE: 212-370-4483
   Lili F. Beneda, Esq
   Condon & Forsyth LLP
   7 Time Square, 18th Floor
   New York, New York 10036

   VIA FACSIMILE: 504-525-2456
   Jason P. Waquespack, Esq.
   Michael J. Nicaud, Esq.
   Galloway, Johnson, Tompkins, Burr & Smith
   One Shell Square, 40th Floor
   701 Poydras Street
   New Orleans, Louisiana 70139

   VIA FACSIMILE: 212-669-0698
   Keith B. Dalen, Esq.
   Christopher M. Panagos, Esq.
   Hill, Rivkins & Hayden LLP
   45 Broadway, Suite 1500
   New York, New York 10006

---

*Handwritten order:*

Application granted.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
5/19/08

Defendants shall serve their motions by May 30, 2008. Plaintiff shall complete jurisdictional discovery by July 11, 2008. Defendants shall file their motions by July 11, 2008. Plaintiff shall serve and file its opposition by August 1, 2008. Defendants shall serve and file any replies by August 15, 2008. Oral argument will remain on August 22, 2008 at 10:30 a.m.