# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

A PROFESSIONAL LAW CORPORATION
ONE SHELL SQUARE
701 POYDRAS STREET
40TH FLOOR
NEW ORLEANS, LOUISIANA 70139
TELEPHONE (504) 525-6802
TELECOPY (504) 525-2456

www.gjtbs.com

**JASON P. WAGUESPACK**
Director

jwaguespack@gjtbs.com

Licensed in Louisiana;
Admitted in Texas

**MICHAEL J. NICAUD**
Associate

mnicaud@gjtbs.com

Licensed in Louisiana

Please Reply to the New Orleans Office

**MEMO ENDORSED**

June 27, 2008

1218 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
TELEPHONE (850) 436-7000
TELECOPY (850) 436-7099

1301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
TELEPHONE (713) 599-0700
TELECOPY (713) 599-0777

4021 AMBASSADOR CAFFREY PKWY
BUILDING A, SUITE 175
LAFAYETTE, LOUISIANA 70508
TELEPHONE (337) 735-1760
TELECOPY (337) 993-0933

#3 SANCTUARY BOULEVARD
SUITE 301
MANDEVILLE, LOUISIANA 70471
TELEPHONE (985) 674-6680
TELECOPY (985) 674-6681

7730 CARONDELET AVENUE
SUITE 110
ST. LOUIS, MISSOURI 63105
TELEPHONE (314) 725-0525
TELECOPY (314) 725-7150

1213 31ST AVENUE
GULFPORT, MISSISSIPPI 39501
TELEPHONE (228) 214-4250
TELECOPY (228) 214-9650

**HAND DELIVERY**
The Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re:   BBC Chartering & Logistic GmbH & Co. K.G. v. Usiminas Mecanica S/A, et al
      USDC, Southern District of New York, Case No. 08-Civ. 200 (WHP)
      Our File No. 0106-41-6

Dear Judge Pauley:

Pursuant to your individual practices and procedures, BBC Chartering & Logistic GmbH & Co. K.G. respectfully requests an amendment of your Amended Scheduling Order, requiring that all jurisdictional discovery be concluded by July 11, 2008. BBC <u>and all parties concur, that granting an extension of two weeks, until July 25, 2008, is warranted in order for BBC to fully respond the defendants' proposed motions.</u> Initial interrogatories and requests for production of documents have been propounded to Usiminas Mecanica S/A ("Usiminas"), Perini O&G, Perini Corp., and O&G Industries. BBC also plans on deposing corporate representatives of Perini O&G, as well as Usiminas Mecanica S/A.

This Court has granted one previous amendment to the Court's initial scheduling order. This request should not affect any other Court deadlines.

With an expression of respect, we remain

*Application granted.*

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
6/30/08

Very truly yours,

*Jason P. Waguespack* LFB

Jason P. Waguespack
Michael J. Nicaud

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A PROFESSIONAL LAW CORPORATION

The Honorable William H. Pauley, III
June 27, 2008
Page 2

JPW/MJN/ltm
Enclosures

Cc: **VIA FACSIMILE**
Keith B. Dalen, Esq.
Christopher M. Panagos, Esq.
Hill, Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, New York 10006
Phone: (212) 669-0635
Fax: (212) 669-0698

Keith L. Flicker, Esq.
Eric Kim, Esq.
Flicker, Garelick & Associates
45 Broadway
New York, New York 10006
Phone: (212) 319-5240
Fax: (212) 888-5271