**MECÂNICA**

HILL RIVKINS & HAYDEN LLP
*Attorneys for Defendants Usiminas Mecanica S/A
and Unibanco AIG Seguros S/A*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212)-669-0600
Fax: (212)-669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BBC CHARTERING & LOGISTIC GMBH &     :
CO. K.G.,
                                     :
          Plaintiffs,
                                     :
     vs.                               Index No.: 08-cv-200 (WHP)
                                     :
USIMINAS MECANICA S/A, PERINI O&G,     **DECLARATION OF**
PERINI CORP., O&G INDUSTRIES, INC., and  :  **GUILHERME MUYLAERT**
UNIBANCO AIG SEGUROS S/A,              **ANTUNES IN SUPPORT OF**
                                     :  **MOTION TO DISMISS**
          Defendants.
                                     :

                                     :
------------------------------------------------------------x

     Guilherme Muylaert Antunes, declares under penalty of perjury pursuant to the laws of the United States of America as follows:

     1.     I am the Director for Usiminas Mecanica S/A ("UMSA"). I am making this declaration on behalf of UMSA and in support of its motion to dismiss the present case.

| Belo Horizonte/MG | Ipatinga/MG | São Paulo/SP | Taubaté/SP |
| --- | --- | --- | --- |
| Rua Prof. José Vieira de Mendonça, 5.011 | Rua 01, n° 2000 - Bairro Usiminas | Av. do Cafe, 277 - Torre A - 9° andar | Av. dos Bandeirantes, 8.500 |
| Engenho Nogueira - CEP 31310-260 | CEP 35160-900 | Ed. Centro Empresarial do Aço - Jabaquara | Distrito Industrial de Pirancangagua |
| Tel.: (31) 3499-8075 | Tel.: (31) 3829-3600 | CEP 04311-000 - Tels. (11) 5591-5200/5591-5211 | CEP 12031-020 |
| Fax: (31) 3499-8004 | Fax: (31) 3824-7991 | Fax: (11) 5591-5217 | Tels. (12) 280-2150 - Fax: (12) 280-2155 |

**MECÂNICA**

2.   UMSA has no offices in the United States, nor does it have officers domiciled or located in the United States. It does not advertise in the United States, nor does it direct advertisements which target the United States.

3.   UMSA has not shipped goods to the United States since July 2006. The last shipment was replacement parts in connection with the cargo damaged during transportation by Plaintiff BBC and the M/V Malte B and which was intended to be used for a Perini O&G project on the Bronx Whitestone Bridge.

4.   No salesperson from UMSA has visited the United States since 2004, and before then only visited infrequently. In connection with UMSA's contact with co-defendant Perini, UMSA's personnel visited New York in 2003 in order to conclude the sale arrangement which included the bridge components damaged aboard the M/V Malte B.

5.   UMSA exported to the United States steel structure for two other projects: the Bay Bridge in California (Agreement executed on March 2000) and two bridges on Route 58 in Virginia (Agreement executed on September 2000).

6.   After 2004, representatives of UMSA made only one visit to California regarding the Bay Bridge and several visits to New York regarding the Bronx Whitestone Bridge project.

2

Belo Horizonte/MG
Ipatinga/MG — Rua 01 nº 2000 - Bairro Usiminas, CEP 35160-900, Tel.: (31) 3829-3600, Fax: (31) 3824-7991
São Paulo/SP — Av. do Café, 277 - Torre A - 9º andar, Ed. Centro Empresarial do Aço - Jabaquara, CEP 04311-000 - Tels. (11) 5591-5200/5591-5211, Fax: (11) 5591-5217
Taubaté/SP — Av. dos Bandeirantes, 8.500, Distrito Industrial de Piracangagua, CEP 12031-020, Tels. (12) 280-2150 - Fax: (12) 280-2155

# MECÃNICA

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on May 30th, 2008

Signed: _____

At:   Belo Horizonte/MG, Brazil

| Belo Horizonte/MG | Ipatinga/MG | 3 | São Paulo/SP | Taubaté/SP |
|---|---|---|---|---|
| Prof. Jose Vieira de Mendonca, 3.011 Engenho Nogueira - CEP 31310-260 Tel.: (31) 3499-8679 Fax: (31) 3499-8004 | Ru. 01, nº 2000 - Bairro Usiminas CEP 35160-900 Tel.: (31) 3829-3600 Fax: (31) 3824-7991 | | Av. do Café, 277 - Torre A - 9º andar Ed. Centro Empresarial do Aço - Jabaquara CEP 04311-000 - Tels. (11) 5591-5200/5591-5211 Fax: (11) 5591-5217 | Av. dos Bandeirantes, 8.500 Distrito Industrial de Piracangagua CEP 12031-020 Tels. (12) 280-2150 - Fax: (12) 280-2155 |