GALLOWAY, JOHNSON, TOMPKINS, BURR

A PROFESSIONAL LAW CORPORATION
ONE SHELL SQUARE
701 POYDRAS STREET
40TH FLOOR
NEW ORLEANS, LOUISIANA 70139
TELEPHONE (504) 525-6802
TELECOPY (504) 525-2456

**JASON P. WAGUESPACK**
Director

jwaguespack@gjtbs.com

Licensed in Louisiana;
Admitted in Texas

**MICHAEL J. NICAUD**
Associate

mnicaud@gjtbs.com

Licensed in Louisiana

**MEMO ENDORSED**

Please Reply to the New Orleans Office

REGIONAL OFFICES
E. FAST GARDEN STREET
PENSACOLA, FLORIDA 32502
TELEPHONE (850) 435-7000
TELECOPY (850) 435-7020

1301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
TELEPHONE (713) 599-0700
TELECOPY (713) 599-0777

4021 AMBASSADOR CAFFREY PKWY
BUILDING A, SUITE 1/5
LAFAYETTE, LOUISIANA 70508
TELEPHONE (337) 735-1760
TELECOPY (337) 993-0933

83 SANCTUARY BOULEVARD
SUITE 301
MANDEVILLE, LOUISIANA 70471
TELEPHONE (985) 674-6680
TELECOPY (985) 674-6681

7730 CARONDELET AVENUE
SUITE 110
ST. LOUIS, MISSOURI 63105
TELEPHONE (314) 725-0525
TELECOPY (314) 725-7150

1213 31ST AVENUE
GULFPORT, MISSISSIPPI 39501
TELEPHONE (228) 214-4750
TELECOPY (228) 214-9650

July 15, 2008

**VIA HAND DELIVERY**
The Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re:    BBC Chartering& Logistic GmbH & Co. K.G. v. Usiminas Mecanica S/A, et al
       USDC, Southern District of New York, Case No. 08-Civ. 200 (WHP)
       Our File No. 0106-41-6

Dear Judge Pauley:

Pursuant to your individual practices and procedures, BBC Chartering & Logistic GmbH & Co. K.G. ("BBC") on behalf of all parties requests an additional extension of pending dates scheduled for defendants' motions to dismiss and for BBC to conduct jurisdictional discovery.

The parties have previously requested two extensions which Your Honor granted. The reason for this additional request is to accommodate the corporate deposition of defendant Usiminas Mecanica in Brazil. Usiminas Mecanica has indicated that the earliest it can accommodate BBC's request is Thursday, July 31, 2008.

Given that deposition(s) would take place that week, it is still a slight possibility that the parties can fully brief the motions before the August 22 hearing date; however, the parties jointly request that the hearing date be continued to September 22, or such further date as Your Honor deems appropriate. This would allow ample time to account for any unforeseen contingencies, including potential disputes related to the scope of discovery/responses, which could easily derail the progression of the matter before that date, prompting further requests for adjournment.

The following date changes are also proposed in line with the foregoing:

- Defendants' motions to be file July 25, 2008
- Plaintiff's opposition papers due Friday August 22

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A PROFESSIONAL LAW CORPORATION

The Honorable William H. Pauley, III
July 15, 2008
Page 2

- <u>Defendants' replies, if any, due Friday September 5</u>

In any event, the parties shall continue to work together and strive to complete discovery and briefing as expeditiously as possible.

We thank the Court for its consideration of the foregoing request.

With an expression of respect, we remain

Very truly yours,

Jason P. Waguespack
Michael J. Nicaud

JPW/MJN

cc:    **VIA FACSIMILE**
Keith B. Dalen, Esq.
Hill, Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, New York 10006

Keith L. Flicker, Esq.
Eric Kim, Esq.
Flicker, Garelick & Associates
45 Broadway
New York, New York 10006

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

7/23/08

*Oral argument is adjourned to September 29, 2008 at 2:15 p.m.*