```
FLICKER, GARELICK & ASSOCIATES, LLP
45 Broadway
New York, New York 10006
(212) 319-5240
Attorneys for Defendants
Perini O&G, Perini Corp.,
and O&G Industries Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------- X
                                    :
BBC CHARTERING &                    :
LOGISTIC GmbH & CO. K.G.,           :
                                    :
            Plaintiff,              :
                                    : Docket No. 08 CIV 200 (WHP)
    -against-                       :
                                    : Civil Action
USIMINAS MECANICA S/A,              :
PERINI O&G, PERINI CORP.,           :
O&G INDUSTRIES INC., and            :
UNIBANCO AIG SEGUROS S/A,           :
                                    :
            Defendants.             :
                                    :
------------------- X
```

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 30th day of May, 2008, he timely served, by first class mail, the annexed *Motion to Summary Judgment*, *Memorandum of Law in Support Certification of Keith L. Flicker* and *Statement Pursuant to Local Rules 56.1* upon the following:

```
    Lili F. Beneda, Esq
    Condon & Forsyth LLP
    7 Time Square, 18th Floor
    New York, New York 10036

    Jason P. Waquespack, Esq.
    Michael J. Nicaud, Esq.
    Galloway, Johnson, Tompkins, Burr & Smith
    One Shell Square, 40th Floor
    701 Poydras Street
    New Orleans, Louisiana 70139
```

>Keith B. Dalen, Esq.
>Christopher M. Panagos, Esq.
>Hill, Rivkins & Hayden LLP
>45 Broadway, Suite 1500
>New York, New York 10006

Dated:  New York, New York
        May 30, 2008

_____
Keith L. Flicker