FLICKER, GARELICK & ASSOCIATES, LLP
45 Broadway
New York, New York 10006
(212) 319-5240
Attorneys for Defendants
Perini O&G, Perini Corp.,
and O&G Industries Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
:
BBC CHARTERING &                   :
LOGISTIC GmbH & CO. K.G.,           :
:
       Plaintiff,        :
: Docket No. 08 CIV 200 (WHP)
  -against-                      :
: Civil Action
USIMINAS MECANICA S/A,             :
PERINI O&G, PERINI CORP.,          :
O&G INDUSTRIES INC., and           : **NOTICE OF MOTION**
UNIBANCO AIG SEGUROS S/A,          :
:
       Defendants.       :
:
- - - - - - - - - - - - - - - - - X

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Perini O&G, Perini Corp., and O&G Industries Inc. (collectively "Perini"), the annexed Affidavit of Keith L. Flicker and exhibits thereto, Perini, by and through their attorneys, Flicker, Garelick & Associates, LLP, hereby move before the Honorable William H. Pauley, III, on August 22, 2008 at 10:30 a.m. in the United States District Court, Southern District of New York, United States Courthouse, 500 Pearl Street, New York, for an Order pursuant to Rule 56 of the Federal Rule of Civil Procedure granting summary judgment in favor of Perini.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order of this Court dated May 19, 2008, opposing papers, if any, shall be filed by August 1, 2008 and reply papers, if any, shall be filed by August 15, 2008.

Dated:  New York, New York
        July 11, 2008

                FLICKER, GARELICK & ASSOCIATES, LLP
                Attorneys for Perini O&G, Perini
                Corp., and O&G Industries Inc.

By: _____
     Keith L. Flicker
     45 Broadway
     New York, New York 10006
     (212) 319-5240

TO:  Lili F. Beneda, Esq
     Condon & Forsyth LLP
     7 Time Square, 18th Floor
     New York, New York 10036

     Jason P. Waquespack, Esq.
     Michael J. Nicaud, Esq.
     Galloway, Johnson, Tompkins, Burr & Smith
     One Shell Square, 40th Floor
     701 Poydras Street
     New Orleans, Louisiana 70139

     Keith B. Dalen, Esq.
     Christopher M. Panagos, Esq.
     Hill, Rivkins & Hayden LLP
     45 Broadway, Suite 1500
     New York, New York 10006