MEMO ENDORSED

# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

A PROFESSIONAL LAW CORPORATION
ONE SHELL SQUARE
701 POYDRAS STREET
40TH FLOOR
NEW ORLEANS, LOUISIANA 70139
TELEPHONE (504) 525-6802
TELECOPY (504) 525-2456

www.gjtbs.com

Please Reply to the New Orleans Office

JASON P. WAGUESPACK
Director

jwaguespack@gjtbs.com

Licensed in Louisiana;
Admitted in Texas

MICHAEL J. NICAUD
Associate

mnicaud@gjtbs.com

Licensed in Louisiana

116 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
TELEPHONE (850) 436-7000
TELECOPY (850) 436-7099

1301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
TELEPHONE (713) 599-0700
TELECOPY (713) 599-0777

4021 AMBASSADOR CAFFREY PKWY
BUILDING A, SUITE 175
LAFAYETTE, LOUISIANA 70508
TELEPHONE (337) 735-1760
TELECOPY (337) 993-0933

#3 SANCTUARY BOULEVARD
SUITE 301
MANDEVILLE, LOUISIANA 70471
TELEPHONE (985) 674-6680
TELECOPY (985) 674-6681

7730 CARONDELET AVENUE
SUITE 110
ST. LOUIS, MISSOURI 63105
TELEPHONE (314) 725-0525
TELECOPY (314) 725-7150

1213 31ST AVENUE
GULFPORT, MISSISSIPPI 39501
TELEPHONE (228) 214-4250
TELECOPY (228) 214-9650

August 13, 2008

**VIA FACSIMILE**
The Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

    Re:    BBC Chartering & Logistic GmbH & Co. K.G. v. Usiminas Mecanica S/A, et al
           USDC, Southern District of New York, Case No. 08-Civ. 200 (WHP)
           Our File No. 0106-41-6

Dear Judge Pauley:

    Pursuant to your individual practices and procedures, BBC Chartering & Logistic GmbH & Co. K.G. ("BBC") on behalf of all parties requests an additional extension of pending dates scheduled for defendants' motions to dismiss and for BBC to conduct jurisdictional discovery.

    The parties have previously requested extensions which Your Honor granted. The reason for this additional request is to accommodate the corporate deposition of defendant Perini O&G, which will take place the week of August 18, 2008. Given that deposition(s) would take place that week, it will be extremely difficult for BBC to fully brief the motions before the August 22 filing deadline. Moreover, when scheduling the previous deadlines, counsel for BBC and counsel for Usiminas Mecanica S/A did not realize that they will be unavailable for oral argument on September 29, 2008, because of trials that were previously scheduled.

    For these reasons, all parties jointly request that the currently scheduled motion deadlines and hearing dates be changed in line with the foregoing:

- Plaintiff's opposition papers due Friday September 5
- Defendants' replies, if any, due Friday September 19
- Oral argument set October 17 at 11:00 a.m.

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

8/15/08

# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A PROFESSIONAL LAW CORPORATION

The Honorable William H. Pauley, III
August 13, 2008
Page 2

    We thank the Court for its consideration of the foregoing request.

    With an expression of respect, we remain

                              Very truly yours,

                              Jason P. Waguespack
                              Michael J. Nicaud

JPW/MJN

cc:    **VIA FACSIMILE**
       Keith B. Dalen, Esq.
       Hill, Rivkins & Hayden LLP
       45 Broadway, Suite 1500
       New York, New York 10006

       Keith L. Flicker, Esq.
       Eric Kim, Esq.
       Flicker, Garelick & Associates
       45 Broadway
       New York, New York 10006