UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BBC CHARTERING & LOGISTIC GmbH & Co. K.G.

                Plaintiff,

-against-

USIMINAS MECANICA S/A,
PERINI O&G, PERINI CORP.,
O&G INDUSTRIES INC., and
UNIBANCO AIG SEGUROS S/A

                Defendants.
------------------------------------------------------------x

08-CV-00200

**NOTICE OF APPEARANCE**

      Please take notice that the undersigned enters his appearance as counsel for plaintiff, BBC Chartering & Logistic GmbH & Co. K.G., in the referenced action. Jason P. Waguespack is the lead attorney for BBC Chartering & Logistic GmbH & Co. K.G.

Dated: August 19, 2008
       New York, New York

                                      /s   Jason P. Waguespack
                                      Jason P. Waguespack (La. Bar No. 21123)
                                      *Admitted pro hac vice*
                                      Michael J. Nicaud (La. Bar No. 29365)
                                      *Admitted pro hac vice*
                                      GALLOWAY, JOHNSON, TOMPKINS,
                                      BURR & SMITH
                                      701 Poydras Street, 40th Floor
                                      New Orleans, Louisiana 70139
                                      Telephone:  (504) 525-6802
                                      Facsimile:   (504) 525-2456

Lili F. Beneda (LB 1879)
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 894-6778
Facsimile: (212) 597-6721
*Counsel for BBC Chartering & Logistic GmbH & Co. K.G.*

2

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

                                        /s/ *Jason P. Waguespack*
                                        JASON P. WAGUESPACK