# CONDON & FORSYTH LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/08

NEW YORK
LOS ANGELES

Direct Dial: 212-894-6778
Direct Fax: 212-370-4482
lbeneda@condonlaw.com

August 29, 2008

**MEMO ENDORSED**

**BY HAND**

Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

    Re:    BBC Chartering & Logistic GmbH v. Usiminas Mecanica S/A, et. al.
           08 CV 00200 (WHP) (AJP)
           C & F Ref: CRC/LFB/29955

Dear Judge Pauley:

We represent the Plaintiff, BBC Chartering & Logistic GmbH & Co. K.G. ("BBC") in the above captioned matter. Pursuant to your individual practices and procedures, BBC requests an additional extension of pending dates scheduled for Plaintiff's opposition papers and Defendants' reply papers in light of the potential Hurricane Gustav evacuation confronting lead counsel at Galloway, Johnson, Tompkins, Burr & Smith in New Orleans, Louisiana.

For this reason, we request the following changes to the motion schedule:

- **Plaintiff's opposition papers due Friday, September 12**
  (previously scheduled for September 5)

- **Defendants' reply papers, if any, due Friday, September 26**
  (previously scheduled for September 19)

The parties have twice previously requested extensions which Your Honor granted. Defendants' counsel have not yet responded to our discovery extension requests.

*Plaintiff's opposition papers will be due 9/12/08.*

*Defendants' reply papers will be due 9/26/08.*

*Application granted.*

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.

CONDON & FORSYTH LLP

Honorable William H. Pauley, III
August 29, 2008
Page 2

We thank the Court for its consideration of the foregoing request.

Sincerely,

CONDON & FORSYTH LLP

By: _____
      Lili F. Beneda

LFB/tw

cc:    **VIA FACSIMILE**
        Keith B. Dalen, Esq.
        Christopher M. Panagos, Esq.
        Hill, Rivkins & Hayden LLP
        45 Broadway, Suite 1500
        New York, New York 10006

        Keith L. Flicker, Esq.
        Eric Kim, Esq.
        Flicker, Garelick & Associates
        45 Broadway
        New York, New York 10006

        Michael J. Nicaud, Esq.
        Jason Waguespack, Esq.
        Galloway, Johnson, Tompkins, Burr & Smith
        One Shell Square, 40th Floor
        701 Poydras Street
        New Orleans, LA 70139